# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145203

RICHARD R. ROBERTS and STACY D.
ROBERTS,
   Plaintiffs-Appellants,

v

             SC: 145203
             COA: 300547
             Leelanau CC: 10-008259-NM

LAWRENCE R. LASUSA, LASUSA LAW
OFFICES, PLC, and CALCUTT, ROGERS &
BOYNTON, PLLC,
   Defendants-Appellees,

and

JOSHUA M. REYNOLDS,
   Defendant.
_____/

   On order of the Court, the application for leave to appeal the April 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

d0827